LOUISE MCNAIR CRAWFORD v. SAMUEL MCROBERTS and Another, Impleaded with MANUFACTURERS TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 710.] Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of Supplementary Proceedings after Judgment: THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Successor Trustee under Indenture of Mortgage Made by 100 WILLIAM STREET CORPORATION to THE SEABOARD NATIONAL BANK OF THE CITY OF NEW YORK, as Trustee, Dated April 1, 1926, v. GUARDIAN REALTIES, INC.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 865.] Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Successor Trustee under Indenture of Mortgage Made by 100 WILLIAM STREET CORPORATION to THE SEABOARD NATIONAL BANK OF THE CITY OF NEW YORK, as Trustee, Dated April 1, 1926, Mortgagee, for an Order Directing GUARDIAN REALTIES, INC., to Pay over Surplus Income to Said Mortgagee, and for Other Relief, Pursuant to the Provisions of Section 1077-c of the Civil Practice Act. (Second Application.) — Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 865.] Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

## (May 24, 1940.)

SADIE APPEL, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

HOWARD W. LYON and Others, Individually and as Stockholders of Bethlehem Steel Corporation, Suing in Their Own Behalf and in Behalf of all Other Stockholders of Bethlehem Steel Corporation Similarly Situated, and in Behalf of Said Corporation, Appellants, v. CHARLES R. HOLTON and Others, Defendants, Impleaded with WILLARD A. MITCHELL and Others, Respondents.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ. [172 Misc. 31.]

CATHERINE SUGRUE, as Administratrix, etc., of JAMES M. SUGRUE, Deceased, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

HENRY ROGERS WINTHROP and Others, Copartners Doing Business under the Firm Name and Style of WINTHROP, MITCHELL & Co., Respondents, v. JESSE HYMAN and SEYMOUR KLEIN, Individually and as Copartners Doing Business under the Firm Name and Style of JESSE HYMAN & Co., and Others, Defendants, Impleaded with DANIEL LOEWENTHAL and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.